# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: HITCHCOCK, JOHN M § Case No. 13-81974
      HITCHCOCK, APRIL N § 
 §
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
 327 South Church Street, Room #1100
Rockford, IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 01/29/2014 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  12/03/2013    By:  /s/JOSEPH D. OLSEN
                                                                                     Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: HITCHCOCK, JOHN M  § Case No. 13-81974
HITCHCOCK, APRIL N  §
§
Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 8,000.00 |
| *and approved disbursements of* | $ 10.00 |
| *leaving a balance on hand of* [1] | $ 7,990.00 |
| **Balance on hand:** | $ 7,990.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 7,990.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,550.00 | 0.00 | 1,550.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 55.35 | 0.00 | 55.35 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 897.00 | 0.00 | 897.00 |

Total to be paid for chapter 7 administration expenses: $ 2,502.35
Remaining balance: $ 5,487.65

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|   |   |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 5,487.65 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|   |   |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 5,487.65 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,169.23 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 41.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | US Bank | 2,788.92 | 0.00 | 1,162.15 |
| 2 | Cavalry SPV I, LLC | 10,380.31 | 0.00 | 4,325.50 |

|   |   |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 5,487.65 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $ 0.00
Remaining balance:  $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $ 0.00
Remaining balance:  $ 0.00

Prepared By:  /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                        United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                        Case No. 13-81974-TML
John M Hitchcock                                              Chapter 7
April N Hitchcock
       Debtors
                             CERTIFICATE OF NOTICE
District/off: 0752-3         User: jclarke               Page 1 of 1         Date Rcvd: Dec 09, 2013
                             Form ID: pdf006             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 11, 2013.
db/jdb       +John M Hitchcock,    April N Hitchcock,    9117 E. Maize Road,    Ridott, IL 61067-9761
20538547     +Citifinancial,   605 Munn Road,   Fort Mill, SC 29715-8421
20538551     +Esp Kruezer Cores & McLaughlin,    400 South County Farm Road #200,    Wheaton, IL 60187-4547
20538552     +Gretchen Hitchcock,    16958 Trask Bridge Road,    Pecatonica, IL 61063-8816
20538553     +Joseph Stewart M.D.,    6030 Garrett Lane,   Rockford, IL 61107-6637
20538554     +Joyce O'Neill Austin,    Attorney at Law,   515 North Court Street,    Rockford, IL 61103-6807
20538555     +National Management Recovery, Corp.,    5571 University Dr., Ste. 204,
               Coral Springs, FL 33067-4653
20538556     +Rockford Mercantile,    2502 S. Alpine Rd,   Rockford, IL 61108-7813
20538557     +Silverleaf Club,   P. O. Box 359,   Dallas, TX 75221-0359
20538558     +Tate & Kirlin Associates,    2810 Southampton Road,    Philadelphia, PA 19154-1207
20538559     +The Schindler Law Firm,    Attorneys at Law,   1990 E. Algonquin Rd., Ste. 180,
               Schaumburg, IL 60173-4164
20538561    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US Bank,    Attn: Bankruptcy Dept.,    P. O. Box 5229,
               Cincinnati, OH 45201)
20538562     +Weltman, Weinberg & Reis,    Attorney at Law,   333 W. Lakeside Ave., Ste. 200,
               Cleveland, OH 44113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20538546     +E-mail/Text: bankruptcy@cavps.com Dec 10 2013 01:13:10     Calvary Portfolio Services,
               Attention: Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-1340
21059047     +E-mail/Text: bankruptcy@cavps.com Dec 10 2013 01:13:10     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
20538548     +E-mail/Text: GCR_CCBankruptcies@cable.comcast.com Dec 10 2013 01:12:38     Comcast,
               4450 Kishwaukee St.,    Rockford, IL 61109-2944
20538549     +E-mail/Text: aquist@creditorsprotection.com Dec 10 2013 01:13:35     Creditors Protection S,
               202 W State St Ste 300,    Rockford, IL 61101-1163
20538550     +E-mail/Text: bknotice@erccollections.com Dec 10 2013 01:12:42     Enhanced Recovery Corp,
               Attention: Client Services,    8014 Bayberry Rd,   Jacksonville, FL 32256-7412
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20538560*   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US Bank,    Loss Prevention Team,   P. O. Box 2188,
               Oshkosh, WI 54903-2188)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2013                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2013 at the address(es) listed below:
          Carole J. Ryczek    on behalf of Trustee Joseph D Olsen carole.ryczek@usdoj.gov
          Craig A Willette    on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
          Joseph D Olsen    Jolsenlaw@comcast.net, IL46@ECFCBIS.com
          Joseph D Olsen    on behalf of Trustee Joseph D Olsen jolsenlaw@aol.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Sheryl A Fyock    on behalf of Creditor   U.S. Bank National Association successor by merger of
           U.S. Bank National Association N.D. sfyock@llflegal.com
          Theresa L Campbell    on behalf of Joint Debtor April N Hitchcock tcampbelllaw@aol.com
          Theresa L Campbell    on behalf of Debtor John M Hitchcock tcampbelllaw@aol.com
                                                                                             TOTAL: 8
```