## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: HITCHCOCK, JOHN M § Case No. 13-81974
      HITCHCOCK, APRIL N §
       §
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $19,517.68　　　　　　　　Assets Exempt: $34,517.68
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,487.65　　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　Without Payment: $45,419.58

Total Expenses of Administration: $2,512.35

---

    3) Total gross receipts of $ 8,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $8,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $21,834.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,512.35 | 2,512.35 | 2,512.35 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 37,738.00 | 13,169.23 | 13,169.23 | 5,487.65 |
| **TOTAL DISBURSEMENTS** | $59,572.00 | $15,681.58 | $15,681.58 | $8,000.00 |

4) This case was originally filed under Chapter 7 on May 29, 2013. The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/13/2014          By: /s/JOSEPH D. OLSEN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Seventeen (17) acres located at 9117 East Maize, | 1110-000 | 8,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$8,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | US Bank Loss Prevention Team | 4110-000 | 21,834.00 | N/A | N/A | 0.00 |
| NOTFILED | Silverleaf Club | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$21,834.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,550.00 | 1,550.00 | 1,550.00 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 55.35 | 55.35 | 55.35 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 897.00 | 897.00 | 897.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,512.35 | $2,512.35 | $2,512.35 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | US Bank | 7100-000 | N/A | 2,788.92 | 2,788.92 | 1,162.15 |
| 2 | Cavalry SPV I, LLC | 7100-000 | N/A | 10,380.31 | 10,380.31 | 4,325.50 |
| NOTFILED | Rockford Mercantile | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | National Management Recovery, Corp. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Tate & Kirlin Associates | 7100-000 | 8,883.00 | N/A | N/A | 0.00 |
| NOTFILED | The Schindler Law Firm Attorneys at Law | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Weltman, Weinberg & Reis Attorney at Law | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 7100-000 | 9,049.00 | N/A | N/A | 0.00 |
| NOTFILED | Joyce O'Neill Austin Attorney at Law | 7100-000 | 2,533.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Protection S | 7100-000 | 374.00 | N/A | N/A | 0.00 |
| NOTFILED | Joseph Stewart M.D. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Calvary Portfolio Services | 7100-000 | 10,043.00 | N/A | N/A | 0.00 |
| NOTFILED | Citifinancial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Enhanced Recovery Corp | 7100-000 | 347.00 | N/A | N/A | 0.00 |
| NOTFILED | Esp Kruezer Cores & McLaughlin | 7100-000 | 6,309.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $37,738.00 | $13,169.23 | $13,169.23 | $5,487.65 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-81974  
**Case Name:** HITCHCOCK, JOHN M  
HITCHCOCK, APRIL N  
**Period Ending:** 03/13/14

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 05/29/13 (f)  
**§341(a) Meeting Date:** 07/02/13  
**Claims Bar Date:** 11/16/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Seventeen (17) acres located at 9117 East Maize, | 27,133.50 | 0.00 | | 8,000.00 | FA |
| 2 | Silverleaf Club Timeshare - Debtor Husband and, | 0.00 | 0.00 | | 0.00 | FA |
| 3 | US Bank - checking account | 44.18 | 0.00 | | 0.00 | FA |
| 4 | US Bank - savings account | 35.00 | 0.00 | | 0.00 | FA |
| 5 | Household goods and furnishings | 612.00 | 0.00 | | 0.00 | FA |
| 6 | Wearing apparel for Debtors and four children | 600.00 | 0.00 | | 0.00 | FA |
| 7 | 12 gauge 870 Remington shotgun | 150.00 | 0.00 | | 0.00 | FA |
| 8 | Chicago Regional Council of Carpenter Supplement | 3,185.85 | 0.00 | | 0.00 | FA |
| 9 | Construction Ind. Retirement Fund of Rockford (a | 7,096.65 | 0.00 | | 0.00 | FA |
| 10 | Debtor Wife is owed child support from Allen San | 4,500.00 | 0.00 | | 0.00 | FA |
| 11 | 1999 Chevy Tahoe | 2,394.00 | 0.00 | | 0.00 | FA |
| 12 | 1972 Hilo camper | 200.00 | 0.00 | | 0.00 | FA |
| 13 | V-haul boat, no motor and trailer | 100.00 | 0.00 | | 0.00 | FA |
| 14 | 2 cows, 1 goats, 26 chickens, 5 ducks, 2 turkeys | 600.00 | 0.00 | | 0.00 | FA |
| 14 | **Assets    Totals** (Excluding unknown values) | **$46,651.18** | **$0.00** | | **$8,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   July 31, 2014          **Current Projected Date Of Final Report (TFR):**   December 6, 2013  (Actual)

Printed: 03/13/2014 10:08 AM    V.13.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-81974  
**Case Name:** HITCHCOCK, JOHN M  
HITCHCOCK, APRIL N  
**Taxpayer ID #:** **-***0264  
**Period Ending:** 03/13/14  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****035766 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/11/13 | {1} | H.B. Wilkinson Title Company | Motion to Compromise | 1110-000 | 8,000.00 | | 8,000.00 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,990.00 |
| 01/30/14 | 101 | Yalden, Olsen & Willette | Dividend paid 100.00% on $897.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 897.00 | 7,093.00 |
| 01/30/14 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,550.00, Trustee Compensation; Reference: | 2100-000 | | 1,550.00 | 5,543.00 |
| 01/30/14 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $55.35, Trustee Expenses; Reference: | 2200-000 | | 55.35 | 5,487.65 |
| 01/30/14 | 104 | US Bank | Dividend paid 41.67% on $2,788.92; Claim# 1; Filed: $2,788.92; Reference: | 7100-000 | | 1,162.15 | 4,325.50 |
| 01/30/14 | 105 | Cavalry SPV I, LLC | Dividend paid 41.67% on $10,380.31; Claim# 2; Filed: $10,380.31; Reference: | 7100-000 | | 4,325.50 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,000.00 | 8,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 8,000.00 | 8,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,000.00** | **$8,000.00** | |

Net Receipts :    8,000.00  
―――――――――  
Net Estate :    $8,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****035766 | 8,000.00 | 8,000.00 | 0.00 |
| | $8,000.00 | $8,000.00 | $0.00 |

{} Asset reference(s)